■ In the Matter of the Arbitration between PRUDENTIAL

PROPERTY AND CASUALTY COMPANY, Respondent, and JEROME PEARCE, Respondent. COUNTRY-WIDE INSURANCE COMPANY, Appellant, et al., Respondent.—Order and judgment (one paper) of the Supreme Court, Nassau County, dated February 4, 1985, affirmed, with costs, for reasons stated by Justice Spatt at Trial Term *(see, Matter of Prudential Prop. & Cas. Ins. Co. [Pearce],* 126 Misc 2d 1044). Mollen, P. J., Lazer, Mangano and Thompson, JJ., concur.